BEFORE THE THIRD DIVISION, JULY 24, 1957

No. 61079.—Arthur J. Fritz & Company v. United States, protest 294160–K (San Francisco).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise, contained in cases numbered 1771 to 1775, inclusive, is properly dutiable, as claimed, and that, if presently before the collector, the merchandise would be so classified, the claim of the plaintiff was sustained.

No. 61080.—Tebor, Inc. v. United States, protests 115191–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of earthenware articles similar in all material respects to those the subject of Abstract 51831, the claim of the plaintiff was sustained.

No. 61081.—Murmac Importing Corp. v. United States, protests 216928–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.